| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Johnstone, Edward H. | 2. Court or Organization U.S. District Court W.D. Ky | 3. Date of Report 04/01/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address 217 Federal Building 501 Broadway Paducah, Kentucky 42001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 APR -8 A 11: 30

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H. | 04/01/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H. | 04/01/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H. | 04/01/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Farmers Bank & Trust Co. Checking Account | A | Interest | K | T | | | | | |
| 2. 1/2 Interest in oil & gas rights, land in Caldwell Co. Ky | A | Rent | J | W | | | | | |
| 3. IRA Edward D. Jones Wash Mut Investors Fund | A | Dividend | K | T | | | | | |
| 4. American Funds: EuroPacific Growth Fund | B | Dividend | L | T | | | | | |
| 5. Lockheed Martin Common Stock | B | Dividend | L | T | | | | | |
| 6. AT&T | B | Dividend | K | T | | | | | |
| 7. Franklin Tax Free Income Fund (KY) | D | Distribution | M | T | | | | | |
| 8. Franklin Utility Fund | A | Dividend | K | T | | | | | |
| 9. Franklin High Yield Tax Free Income Fund | B | Dividend | K | T | | | | | |
| 10. Washington Mutual Investors Fund | B | Dividend | K | T | | | | | |
| 11. Edward D. Jones Tax Free Money Market Acct | A | Interest | K | T | | | | | |
| 12. American Funds: Capital Income Builders Fund | B | Dividend | K | T | | | | | |
| 13. Chevron Texaco Corp. common stock | A | Dividend | K | T | | | | | |
| 14. Hershey Food Corp. common stock | A | Dividend | J | T | | | | | |
| 15. American Funds: Income Fund of America | B | Dividend | K | T | | | | | |
| 16. American Balanced Fund | A | Dividend | K | T | | | | | See Note 1 in Part VIII |
| 17. Franklin Insured Tax Free Income Fund | B | Dividend | K | T | Buy | 1/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H. | 04/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ▄▄▄▄▄▄, trustee for Trust #1: | | | | | | | | | See Note 2 in Part VIII |
| 19. JP Morgan Large Cap Growth | D | Dividend | M | T | | | | | |
| 20. JP Morgan Muni Money Market | A | Dividend | K | T | | | | | |
| 21. JP Morgan Large Cap Value | A | Dividend | K | T | | | | | |
| 22. JP Morgan Municipal Ky. Bond Fund | D | Dividend | M | T | | | | | |
| 23. JP Morgan Mid Cap Growth Fund | | None | L | T | | | | | |
| 24. JP Morgan Mid Cap Value Fund | | | | | | | | | See Note 3 in Part VIII |
| 25. JP Morgan Small Cap Growth Fund | | None | J | T | | | | | |
| 26. JP Morgan Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 27. JP Morgan U.S. Equity Fund | A | Dividend | J | T | | | | | |
| 28. JP Morgan International Equity Fund | | | | | Sold | 1/14 | K | A | |
| 29. JP Morgan International Equity Index Fund | B | Dividend | K | T | | | | | |
| 30. JP Morgan U.S. Real Estate Fund | A | Dividend | J | T | | | | | |
| 31. Dodge & Cox FDS INTL STK FD | A | Dividend | K | T | | | | | |
| 32. MetLife -- Whole Life Policies/ Stock | B | Dividend | L | T | | | | | |
| 33. Dept. of Veterans Affairs -- GI Insurance Policies | A | Int./Div. | K | T | | | | | |
| 34. ING -- Whole Life Policies | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H. | 04/01/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Discover Bank CD | A | Interest | | | Redeemed | 2/29 | K | | |
| 36. Franklin Bank CD | A | Interest | | | Redeemed | 12/01 | K | | |
| 37. Lehman Bros. Bank CD | B | Interest | | | Redeemed | 8/29 | K | | |
| 38. Lehman Bros. Bank CD (due 3/2/09) | | None | K | T | | | | | |
| 39. Lehman Bros. Bank CD (due 8/31/09) | | None | K | T | | | | | |
| 40. Lehman Bros. Bank CD (due 8/30/10) | | None | K | T | | | | | |
| 41. Sallie Mae CD (due 12/17/10) | | None | K | T | | | | | See Note 4 in Part VIII |
| 42. Summit Community Bank (Due 3/17/11) | | None | K | T | | | | | |
| 43. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H. | 04/01/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note 1: The American Balanced Fund noted in Section VII, Line Item 16, was acquired in 2004 and was inadvertently omitted from previous reports. Please amend my 2004 through 2007 reports to reflect this fund information.

Note 2: ███████████ was appointed successor trustee for this trust on February 20, 2008.

Note 3: The JP Morgan Mid Cap Value Fund noted in Section VII, Line Item 24, was sold on December 19, 2007 for $32,253.61 at a loss of $7,479.14. Please amend my 2007 report to reflect this fund information.

Note 4: The Sallie Mae CD noted in Section VII, Line Item 41, was initially acquired from Franklin Bank on February 29, 2008. On or about December 17, 2008, Franklin Bank assets were assumed by Sallie Mae.

| Name of Person Reporting | Date of Report |
|---|---|
| Johnstone, Edward H. | 04/01/2009 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544